UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America and State of North Dakota, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER GRANTING PLAINTIFF'S MOTION FOR STAY OF LITIGATION** |
| vs. | ) ) | |
| Minnkota Power Cooperative, Inc., and Square Butte Electric Cooperative, | ) ) ) | Case No. 1:06-cv-034 |
| Defendants. | ) | |

Before the Court is the United States of America's Motion for Stay of Litigation filed on April 24, 2006. The parties informed the Court that they had reached a settlement of this dispute. The parties lodged a proposed Consent Decree which would resolve the claims alleged in the complaint. Pursuant to 28 C.F.R. § 50.7, the proposed Consent Decree may not be entered by this Court until after a thirty (30) day public comment period following publication of a notice in the Federal Register. The United States advises that upon the expiration of the comment period, it will notify the Court whether it believes entry of the proposed Consent Decree is appropriate, in light of any comments received. All of the parties support the motion to stay.

The Court **GRANTS** the Plaintiff's Motion for Stay of Litigation (Docket No. 2) and **STAYS** the action until after the public comment period. The United States shall contact the Court upon the expiration of the comment period.

**IT IS SO ORDERED.**

Dated this 1st day of May, 2006.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court

1