IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America,  ) | |
| State of North Dakota,  ) | |
|  ) | |
| Plaintiffs,  ) | **ORDER RE ADMISSION** |
|  ) | **PRO HAC VICE** |
| vs.  ) | |
|  ) | |
| Minnkota Power Cooperative, Inc., and  ) | |
| Square Butte Electric Cooperative,  ) | |
|  ) | Case No. 1:06-cv-034 |
| Defendants.  ) | |

Before the court is the State of North Dakota's motion for attorney Paul M. Seby to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Paul M. Seby has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the State's motion (Docket No. 14) is **GRANTED**. Attorney Paul M. Seby is admitted to practice before this court in the above-entitled action on the State's behalf.

**IT IS SO ORDERED.**

Dated this 16th day of June, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge